THE STATE EX REL. BRINKLEY, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Brinkley v. Indus.
Comm.* (2000), 89 Ohio St.3d 270.]

(No. 99–1923—Submitted May 23, 2000—Decided July 12, 2000.)

*Crowley, Frank & Ahlers Co., L.P.A.,* and *Edward C. Ahlers,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Edward Roberts,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK and F.E. SWEENEY, JJ., dissent.

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals.

F.E. SWEENEY, J., concurs in the foregoing dissenting opinion.